

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:19-CR-025 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 922(g)(8) |
| JUSTIN THOMAS NELSON, | ) | T. 18 U.S.C. § 924(a)(2) |
| | ) | T. 18 U.S.C. § 924(k) |
| Defendant. | ) | T. 18 U.S.C. § 924(a)(1)(B) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Prohibited Person in Possession of a Firearm)**

On or about October 24, 2018, in the Southern District of Iowa, the defendant JUSTIN THOMAS NELSON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and who was subject to a court order issued by the Boone County, Iowa District Court on May 14, 2018, in Docket Number FECR111585, and issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, and that by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against such intimate partner, did knowingly possess in and affecting interstate commerce, one or more of the following firearms:

    a.    Loaded Star Firearms Firestar Plus 9mm pistol (serial number obliterated);

    b.    Stolen, loaded Taurus Judge 45LC, .410 gauge revolver (serial number CP782126);

    c.    Loaded Savage Arms Model 99E, .243 caliber rifle (serial number 1182993);

    d.    Loaded Winchester Model 12, 16 gauge shotgun (serial number 1422843);

e. Loaded JC Higgins Sears, Roebuck, and Company Model 20, 12 gauge shotgun (no serial number);

f. Loaded Marlin Firearms Company Model 60, .22LR caliber rifle (serial number 15313723);

g. New England Firearms Model Pardner SB1, .410 gauge shotgun (serial number NB284003); and

h. Stevens Model 79, .410 gauge shotgun (serial number D929729).

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(8), and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
**(Possession of a Firearm with an Obliterated Serial Number)**

On or about October 24, 2018, in the Southern District of Iowa, the defendant JUSTIN THOMAS NELSON, did knowingly possess in and affecting interstate commerce, a firearm, namely, a loaded Fire Star Plus 9mm handgun, from which the manufacturer's serial number had been removed, altered, and obliterated.

This is in violation of Title 18, United States Code, Section 922(k) and 924(a)(1)(B).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offense alleged in Count 1 and/or Count 2 of this Indictment, the defendant, JUSTIN THOMAS NELSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 1 and Count 2 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
MacKenzie Benson Tubbs
Assistant United States Attorney