IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:19-cr-025 |
| v. | |
| JUSTIN THOMAS NELSON, | NOTICE FILED PURSUANT TO LOCAL RULE 7.1 OF SUPERSEDING INDICTMENT |
| Defendant. | |

The United States of America, by and through undersigned Assistant United States Attorney, and pursuant to Local Criminal Rule 7.1, provides notice of the difference between the Indictment filed February 21, 2019 and the Superseding Indictment filed June 20, 2019:

1. Count 1 was re-worded for clarity and was amended to also allege Defendant was a prohibited person in possession of a firearm because he had been convicted of a misdemeanor crime of domestic violence. *See* 18 U.S.C. § 922(g)(9).

2. Count 2 was re-worded for clarity, but no substantive changes were made.

Respectfully Submitted,

Marc Krickbaum
United States Attorney

By: */s/ MacKenzie Benson Tubbs*
MacKenzie Benson Tubbs
Assistant United States Attorney
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mackenzie.benson.tubbs@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
\_\_\_\_U.S. Mail \_\_\_\_\_ Fax \_\_\_\_\_Hand Delivery
  X  ECF/Electronic filing \_\_\_\_Other means
ASSISTANT UNITED STATES ATTORNEY
By: */s/ MacKenzie Benson Tubbs*

1